# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                      CRIMINAL ACTION NO. 5:98-cr-00135-01

DEREK FREEMAN

                Defendant.

## MEMORANDUM OPINION AND JUDGMENT ORDER

Pending before the Court is a motion [Docket 227], brought pursuant to 18 U.S.C. § 3582(c)(2), to reduce Defendant's sentence based on a subsequent reduction in the applicable sentencing guideline.  On November 1, 2007, the United States Sentencing Guidelines were amended to reduce by two levels the guidelines in Section 2D1.1 for cocaine base (also known as crack).  Subsequently, the Sentencing Commission amended Section 1B1.10 to make the crack amendment retroactive, effective March 3, 2008.  Pursuant to a Standing Order entered on February 6, 2008, this case was designated for Standard consideration.

The Court has received and considered the memoranda submitted by the Probation Office and the parties on this issue.

As noted by both parties, the Defendant is not serving a term of imprisonment which may be reduced under § 3582(c)(2) but is, instead, serving a term of imprisonment imposed for a supervised release violation; and, therefore, is ineligible for a sentence reduction.  Accordingly, the § 3582 Motion [Docket 227] is **DENIED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshals.

ENTER: July 15, 2009

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE